STATE OF NORTH CAROLINA v. JOSEPH FRANCIS ALEXANDER AND FLOYD STRICKLAND, JR.

No. 7413SC242

(Filed 19 June 1974)

APPEAL by defendants from *Clark, Judge,* 22 June 1973 Session of Superior Court held in COLUMBUS County.

State v. Massingale

Defendants were each charged in separate bills of indictment, in proper form, with the breaking and entering of a hardware store of Ellis Meares & Son, Inc., in Fair Bluff, N. C., and two counts of safecracking. Defendants pleaded not guilty and the jury returned verdicts of guilty as charged.

For purpose of judgment, the court consolidated the safecracking charges against each defendant and entered judgments imposing the following prison sentences: As to defendant Alexander, not less than 20 nor more than 30 years; as to defendant Strickland, not less than 22 nor more than 30 years. Each defendant was given credit for 101 days confinement awaiting trial. With respect to the breaking and entering charges, judgments were continued for a period of 5 years.

*Attorney General Robert Morgan, by Assistant Attorney General Sidney S. Eagles, Jr., for the State.*

*James E. Hill, Jr., for defendant appellants.*

BRITT, Judge.

In separate briefs, defendants have brought forward and argued numerous assignments of error. After careful consideration of each assignment, we conclude that neither defendant has assigned error sufficient to warrant a new trial or to disturb the verdicts and judgments.

No error.

Chief Judge BROCK and Judge CAMPBELL concur.